UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE STATE OF NEW JERSEY,<br><br>   v.<br><br>REGINA L. IACONO-DOSTILLIO,<br><br>                    Defendant | HONORABLE JOSEPH E. IRENAS<br><br>CRIMINAL ACTION NO. 09-0798<br>(JEI)<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR EARL RELEASE FROM PROBATION** |

**APPEARANCES:**

James P. Lynch, Esq.
Office of the U.S. Attorney
401 Market Street, 4th Floor
P.O. Box 2098
Camden, NJ 08101

Regina L. Iacono-Dostillio
34 Manchester Road
Sewell, NJ 08080
    Defendant

**IRENAS**, Senior District Judge:

   This matter having appeared before the Court upon Defendant Iacono-Dostillio's Motion for Early Release from Probation and it appearing that:

   1. On July 16, 2008, Defendant was sentenced to 4 months in prison and 3 years supervised release for conspiracy to defraud the United States and aiding and assisting in the filing of false tax returns.

   2. To date Defendant has paid her restitution and fines in full, remained offense free and has not violated any of her

conditions of supervised release. Defendant brings this motion for early release because "the probation is a further hardship in securing employment."

2. The U.S. Probation Office recommends this Court does not grant the motion, noting in its letter response to Defendant's Motion that 1) Defendant already received a significant downward departure in imprisonment time when she was originally sentenced, 2) while it is true Defendant is unemployed, 74.4% of all offenders supervised in the District of New Jersey are gainfully employed full time and finally 3) just because the Defendant is in compliance with the terms of supervision does not warrant early termination.

3. The Court agrees with the U.S. Probation Office and finds that there are no extraordinary circumstances or evidence offered by Defendant as to why her supervised release should be terminated early.

Accordingly;

**IT IS** on this ___ day of August, 2010,

**ORDERED THAT:**

Defendant's Motion for Early Release from Probation is hereby **DENIED**.

_____
JOSEPH E. IRENAS, S.U.S.D.J.